**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISON**

**ANTONIA DEMETROS**,
individually and on behalf
of all others similarly situated,

    Plaintiff,

v.

**VERTAFORE INC.**,
a Delaware corporation,

    Defendant.
_____/

Case No. 9:21-cv-81323-DMM

Honorable Donald M. Middlebrooks

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Antonia Demetros, through undersigned counsel, hereby provides notice that the above captioned action is voluntarily dismissed, without prejudice and without costs, against Defendant Vertafore Inc.

Dated: August 31, 2021

Respectfully submitted,

*/s/ Eli J. Hare*
Adam J. Levitt
Amy E. Keller
James Ulwick
Eli J. Hare (FL Bar. No. 1021401)
**DICELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
julwick@dicellolevitt.com
ehare@dicellolevitt.com

Joseph Malley

**LAW OFFICE OF JOSEPH H. MALLEY, P.C.**
1045 North Zang Boulevard
Dallas, Texas 75208
Telephone: (214) 943-6100
malleylaw@gmail.com

*Counsel for Plaintiff Antonia Demetros,*
*individually, and on behalf of a class*
*of similarly situated individuals.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2021, I electronically filed the foregoing Notice of Voluntary Dismissal using the CM/ECF system which will serve notification of such filing to the email of all counsel of record in this action.

*/s/ Eli J. Hare*
Of Counsel